

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JRS
F. #2020R00146

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 2, 2024

By ECF

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Emerson Martinez-Lara
      Criminal Docket No. 20-228 (S-2) (LDH)

Dear Judge DeArcy Hall:

   The government submits this letter to advise the Court that the government and defendant Emerson Martinez-Lara have reached a plea agreement as to his case. The government therefore respectfully requests that the Court schedule a change of plea hearing or refer the plea to the assigned magistrate judge.

   The government and the defendant further jointly request that the defendant not be required to appear for the status conference scheduled for April 5, 2024. The defendant consents to the exclusion of time from April 5, 2024 to July 19, 2024, to the extent the defendant has not pleaded guilty by that date.

            Respectfully submitted,

            BREON PEACE
            United States Attorney

      By:  /s/
            Jonathan Siegel
            Anna Karamigios
            Michael Gibaldi
            Sophia Suarez
            Assistant U.S. Attorneys
            (718) 254-7000