

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JRS/ALK
F. #2020R00146

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 31, 2025

<u>By ECF</u>

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Juan Amaya-Ramirez
                <u>Criminal Docket No. 20-228 (S-2) (LDH)</u>

Dear Judge DeArcy Hall:

      The government respectfully submits this letter in opposition to the defendant's motion for a five month adjournment of sentencing from May 7, 2025 to the week of October 13, 2025.  <u>See</u> ECF No. 809.

      As the Court is aware, on September 6, 2024, the defendant pleaded guilty to several crimes relating to his murder of Andy Peralta on April 23, 2018.  The Court had previously scheduled sentencing for March 5, 2025, which was adjourned two months to May 7, 2025, at the defendant's request and without objection from the government.  <u>See</u> ECF No 761; ECF Order dated February 28, 2025.

      As the Court is also aware, the Peralta family has been eagerly hoping to achieve closure in this matter, which they have awaited for nearly seven years.  While the government has sought to balance the Peralta family's interests with the defendant's interests in preparing for sentencing — and therefore did not object to the defendant's first adjournment request — the government submits that there is no basis for an additional adjournment, let alone one of the length requested by the defendant.

      The sole justification for the adjournment cited by the defendant is the need to prepare a report to address certain conduct perpetrated by the defendant's father against the defendant's mother and sisters, which events the defendant himself does not recall in detail.  Putting aside the question of why this report could not have been prepared in the six months between the guilty plea and now, and even assuming these unremembered events are relevant at all to the defendant's sentencing for murder, the defendant offers no reason why he cannot gather the necessary facts from the defendant's mother and sister in the over five weeks between now

and sentencing on May 7, 2025. And even if five weeks is somehow insufficient, the defendant offers no explanation for why an adjournment of significantly less than five months would not be sufficient. Notably, the week the defendant proposes for the new sentencing (the week of October 13, 2025) is also the week the Court is scheduled to begin a six to eight week trial against five other defendants in this case, making it unlikely that a sentencing could occur that week or for weeks thereafter.

The government submits that there is no need for an additional adjournment and that the Peralta family should not be forced to accept another delay in the sentencing of their son's killers. The government therefore respectfully requests that the Court deny the motion.

          Respectfully submitted,

          JOHN J. DURHAM
          United States Attorney

By:    /s/
          Jonathan Siegel
          Anna L. Karamigios
          Assistant U.S. Attorneys
          (718) 254-7000

cc:    Clerk of Court (LDH) (via ECF)
      Counsel of Record (via ECF)