# RICHARD PALMA
## ATTORNEY AT LAW
### 225 BROADWAY- SUITE 715
### NEW YORK, NEW YORK 10007

| | |
|---|---|
| **MEMBER OF THE BAR**<br>**NEW YORK** | **TEL. (212) 686-8111**<br>**E-MAIL -** rpalma77@gmail.com |

March 31, 2025

**ECF**

Hon. LaShann DeArcy Hall, U.S.D.J.
United States District Court
Eastern Distract of New York
225 Cadman Plaza East, Room 4H
Brooklyn, New York 11201

   **Re:** **U.S. v. Amaya-Ramirez, 20 Cr. 228 (LDH)**
      **Defense reply to government opposition to second defense request to continue sentencing hearing.**

Dear Judge DeArcy Hall:

  Considering the government's interest in giving the victim's family closure in a reasonable amount of time and balancing it with Mr. Amaya-Ramirez's interest in providing all of his personal history relevant under 18 USC 3553(a) to the Court, and recognizing furthermore that the codefendant's sentencing is set for July16th, I respectfully propose a continuance to July 31st. My mitigation expert advised she can have a report prepared by this much shorter date. I proposed this date to the government, but I have yet to receive a response.

  If there are any questions, I am available immediately to the Court at 917-751-5754.

  Thank you.

            Respectfully submitted,

            *Richard Palma*
            Richard Palma