Douglas Alexander Melgar Suriano – 358378/92345-053
Hudson County Jail
30 Hackensack Avenue
Kearny, NJ, 07032

MARCH 25, 2025

**Judge Lashann Dearcy Hall**
**Southern District of New York**

Ref: United States v. Douglas Alexander Melgar Suriano
Subject: Motion to change Attorney

Your honor,

My name is Douglas Alexander Melgar Suriano.

With your utmost respect, I would like to ask you a moment out of your valuable time.

In this letter, I wish to explain my current situation.

I am detained in the federal system since May 14th, 2020.

Currently I'm incarcerated at Hudson County in New Jersey.

Since 2022, my defense attorney is Teri Lee Thompson with direction 2330 Scenic Highway Snelville, Georgia, 30078.

I wish to put in a motion to change my attorney for following reasons:

1. My lawyer is not helping my sufficient enough in my case
2. Have a big barrier of communication problems through language with as a result that my case is not well represented.
3. Lack of communication towards me and my family
4. I don't see any zealous advocacy towards my case
5. I lost all faith and trust in my lawyer

If the possibility exist, I wish to request a lawyer from New York with experience in the courts of the Southern District where my case is presented in front of your court.

I hope you can intervene in this matter as soon as possible.

Thank you for your time and efforts.

Best Regards,

Douglas Alexander Melgar Suriano

DOUGLAS MAYER SMITH #358378/923145-053
COUNTY OF HUDSON
DEPARTMENT OF CORRECTIONS
AND REHABILITATION
30 Hackensack Avenue
Kearny, NJ 07032

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 3 1 2025 ★

BROOKLYN OFFICE

BROOKLYN OFFICE
Judge. LASHANN DEARCY HALL
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East Room G205
Brooklyn, NY 11201-1892

11201-189299