# EX. G

# MITIGATION REPORT

# UNDER SEAL