FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 08 2025 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------X

UNITED STATES OF AMERICA

- against -

JUAN AMAYA RAMIREZ,

Defendant.

----------------X

ORDER OF JUDICIAL REMOVAL

Criminal Docket No. 20 Cr. 228 (LDH)

Upon the application of the United States of America, by Jonathan Siegel, Assistant United States Attorney, Eastern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of JUAN AMAYA RAMIREZ (the "defendant"); and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native and citizen of El Salvador.

3. The defendant entered the United States on an unknown date and at an unknown location without having been admitted or paroled.

4. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Eastern District of New York, of the following offenses: Cyberstalking Resulting in Death in violation of 18 U.S.C. §§ 2261A(2) and 2261(b)(1), and Conspiracy to Commit Murder in Aid of Racketeering in violation of 18 U.S.C. § 1959(a)(5), and Conspiracy to Commit Assault in Aid of Racketeering in violation of 18 U.S.C. § 1959(a)(6), and Assault in Aid of Racketeering in violation of 18 U.S.C. § 1959(a)(3).

5. A total maximum sentence for a violation of 18 U.S.C. §§ 2261A(2) and 2261(b)(1) is life imprisonment. A total maximum sentence for a violation of 18 U.S.C. § 1959(a)(5) is 10 years' imprisonment. A total maximum sentence for a violation of 18 U.S.C. § 1959(a)(6) is 3 years' imprisonment. A total maximum sentence for a violation of 18 U.S.C. § 1959(a)(3) is 20 years' imprisonment.

6. The defendant is subject to removal from the United States pursuant to (1) INA Section 212(a)(6)(A)(i), 8 U.S.C. § 1182(a)(6)(A)(i), as an alien who is present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General; and (2) INA Section 212(a)(2)(A)(i)(I), 8 U.S.C. § 1182(a)(2)(A)(i)(I),

7. The defendant has waived his right to notice and a hearing under Section 238(c) of the Act of 1952, 8 U.S.C. § 1228(c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

9. The defendant has designated El Salvador as the country for removal pursuant to Section 240(d) of the Act, 8 U.S.C. § 1229a(d).

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the Act, 8 U.S.C. § 1228(c), that the defendant shall be removed from the United States promptly upon his release from confinement, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing, and that the defendant be ordered removed to El Salvador.

Dated: Brooklyn, New York
August 26, 2025

_s/LaShann DeArcy Hall, USDJ_
HONORABLE LASHANN DEARCY HALL
UNITED STATES DISTRICT JUDGE