

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JRS/ALK
F. #2020R00146

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 15, 2025

By ECF

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Saracay Lopez, et al.
                Criminal Docket No. 20-228 (S-3) (LDH)

Dear Judge DeArcy Hall:

      The government respectfully submits this letter, on behalf of the parties, to propose a jury instruction as to anonymity and partial sequestration. Counsel for the defendants have proposed the below instruction, to which the government does not object:

> In federal court cases, it is not uncommon to keep the names and identities of the jurors confidential. Experience has shown that it is wise to take such steps, to make certain that every juror's right to privacy is respected. Accordingly, we are following this procedure because the media and members of the public may be curious about the identity of the jurors, the witnesses, and all other participants, and may seek to inquire into their personal affairs. Anonymity will ensure that the jury will not be exposed to such prying and to opinions, commentaries, and inquiries that might impair jurors' ability to decide the case based solely upon the evidence presented in court and upon the law as the court instructs. I wish to emphasize that the court is taking these measures to protect your rights of privacy and to assist you in discharging your responsibility as jurors independently, fairly and impartially. It will also permit the media complete freedom of coverage of this trial.
>
> Additionally, for your convenience, and to keep the press and other media at a distance, the US Marshal Service will pick you up from an agreed-upon location in the morning and drop you off there after

court every day.  Again, that's a common practice followed in many cases in the federal courts.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:     /s/
    Jonathan Siegel
    Anna L. Karamigios
    Sophia M. Suarez
    Kamil Ammari
    Assistant U.S. Attorneys
    (718) 254-7000

cc:    Clerk of Court (LDH) (via ECF)
       Counsel of Record (via ECF)