

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JRS/ALK/KRA
F. #2020R00146

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 11, 2026

By ECF

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Oscar Flores-Mejia
     Criminal Docket No. 20-228 (S-2) (LDH)

Dear Judge DeArcy Hall:

  The government respectfully submits this letter in connection with the defendant's sentencing, currently scheduled for February 24, 2026, and as a supplement to the government's July 2, 2025 sentencing letter. Specifically, the government writes to provide information about a June 21, 2025 assault that the defendant committed in addition to the disciplinary infractions (including an assault) set forth in the PSR. See PSR ¶ 100. In particular, the government notes that the assault was committed with numerous other members of MS-13 and contradicts the defendant's claim that he has "distance[d] himself from the gang" and "disavowed MS-13." ECF No. 929 ("Def. Mem.") at 8.

  According to Hudson County Correctional Facility disciplinary records, on June 21, 2025 — just two months before the defendant was scheduled to be sentenced on August 27, 2025 — the defendant, Hugo Diaz Amaya, Roberto Abrego, Franklin Mejia, Henry Edenilson Salmeron, and others assaulted two inmates. During the assault, the defendant and others repeatedly stabbed their victims with pens or other stabbing implements. One of the victims was subsequently taken to the hospital for treatment of his injuries.

  A compilation video of the assault is attached hereto as Exhibit A. The video has been slowed down to make it easier to follow. The video is also annotated, with the defendant identified with an orange arrow, Diaz Amaya identified with a purple arrow, Abrego identified with a red arrow, Salmeron identified with a yellow arrow, Franklin Mejia identified with a cyan arrow, and the victim who was hospitalized identified with a green arrow.

  Almost all of the inmates who participated in the assault with the defendant are known members of MS-13:

- As the Court is well aware, Diaz Amaya, also known as "21" and "Splinter," was a national leader of MS-13 and the Park View Locos Salvatruchas clique, who was recently convicted of racketeering conspiracy and the murder of Oswaldo Gutierrez Medrano. See United States v. Velasquez Larin, No. 20-CR-228 (LDH).

- Abrego, also known as "Splinter" and "Impaciente," is a former leader of the Indios Locos Salvatruchas clique in New York and is currently charged in the Eastern District of New York with the November 28, 2015 murder of Kenneth Evans, Jr. See United States v. Abrego-Reyes, No. 22-CR-499 (JMA) (E.D.N.Y.). Abrego was discussed in the recent trial before this Court in Velasquez Larin, where he was referred to as "Splinter" and "Roberto." See Trial Tr. 2056-62 (discussing Abrego's rise in the Indios clique and ultimate arrest after "several killings" committed by the clique), 2068 (stating that Splinter's legal name is "Roberto").

- Salmeron, a member of the Leeward clique of MS-13, pleaded guilty to racketeering; admitted to participating in the April 11, 2017 quadruple murder of Justin Llivicura, Michael Lopez, Jorge Tigre and Jefferson Villalobos on behalf of the gang; and is awaiting sentencing. See United States v. Salmeron, No. 16-CR-403 (S-3) (GRB) (E.D.N.Y.).

- Franklin Mejia, also known as "Frankbo," is a member of the Plainfield Locos Salvatruchas clique, and was sentenced to 150 months' incarceration in December 2016 after being convicted in the District of New Jersey of racketeering in connection with his membership in MS-13. See United States v. Mejia, No. 13-CR-615 (SRC) (D.N.J.). He was removed from the country on March 27, 2023, but subsequently illegally reentered the country, and on March 7, 2025, he was charged with illegal reentry. See United States v. Mejia, No. 25-CR-572 (SRC) (D.N.J.).

The government submits that the defendant's involvement in this assault months after his guilty plea and just two months before he was scheduled to be sentenced demonstrates that he continues to be a violent threat to the community, despite his claims of rehabilitation. See Def. Mem. 8 & n.4 (claiming that the defendant is unlikely to reoffend and has "no history of violence beyond the instant offense"). But even more troublingly, the assault demonstrates the defendant's continued association with other members of MS-13 and their violent conduct and undercuts his claims that he has "disavowed MS-13" and "distance[d] himself from the gang."

Def. Mem. 8.  Accordingly, the government respectfully submits that this assault further supports the government's request for a sentence of not less than 50 years' imprisonment.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:      /s/
      Jonathan Siegel
      Anna L. Karamigios
      Kamil R. Ammari
      Assistant U.S. Attorneys
      (718) 254-6293 (Siegel)

cc:    Clerk of the Court (LDH) (by ECF)
      Counsel of Records (by ECF)
      Michelle Malko, United States Probation Officer (by Email)